# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0231. MARK VAUGHN v. U.S. BANK TRUST, N. A. AS TRUSTEE FOR LSFA MASTER PARTICIPATION TRUST.**

Plaintiff U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, filed a petition for declaratory judgment and equitable relief seeking to remove a forged security deed from the chain of title to certain property. The complaint named several defendants, including "all unknown individuals claiming to possess an interest in the real property" at issue. The trial court granted the plaintiff's motion for summary judgment, finding that the plaintiff was the true and lawful legal owner of the real property. Mark Vaughn, a tenant at the property, filed this application for discretionary appeal.[1]

Under OCGA § 9-11-56 (h), the grant of summary judgment on any issue or as to any party is reviewable by direct appeal. *Olympic Dev. Group v. American Druggists' Ins. Co.*, 175 Ga. App. 425, 425 (1) (333 SE2d 622) (1985). Thus, the order that Vaughn seeks to appeal is directly appealable and not subject to the discretionary application requirements.

We will grant a timely discretionary application if the trial court's order is subject to direct appeal. See OCGA § 5-6-35 (j); see also *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). Accordingly, this application is hereby

---

[1] Based upon the limited information provided with the discretionary application, it is unclear what, if any, right Vaughn may be able to vindicate on appeal. But since Vaughn may have been aggrieved by the trial court's ruling, it appears he has standing to appeal. See *BEA Sys., Inc. v. WebMethods, Inc.*, 265 Ga. App. 503, 508 (1) (595 SE2d 87) (2004).

GRANTED. Vaughn shall have ten days from the date of this order to file a notice of appeal with the trial court, if he has not already done so. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,__02/15/2023_____*
      *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*